648

No. 13, original. NEW JERSEY *v.* DELAWARE. February 19, 1934. An order is entered fixing the compensation and allowing the expenses of the Special Master herein.

No. 399. NATIONAL LINEN SERVICE CORP. *v.* LYNCHBURG ET AL. February 19, 1934. Petition for rehearing denied. See *ante,* p. 641.

No. 693. U. S. FIDELITY & GUARANTY CO. *v.* HOWARD, RECEIVER. February 19, 1934. Petition for rehearing denied. See *post,* p. 663.

No. 779. UNITED STATES *v.* CAMPBELL. February 19, 1934. Motion to reinstate appeal submitted by *Mr. Frederick B. Campbell* for the appellee, and the motion denied. See *post,* p. 686.

No. 726. JARVIS ET AL. *v.* CALIFORNIA. Jurisdictional statement submitted February 17, 1934. Decided March 5, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Federal Compress & Warehouse Co.* v. *McLean, ante,* pp. 17, 21–23; *Southern Ry. Co.* v. *King,* 217 U.S. 524, 534; *Darnell* v. *Indiana,* 226 U.S. 390, 398; *Dahnke-Walker Co.* v. *Bondurant,* 257 U.S. 282, 289; *Roberts & Schaefer Co.* v. *Emmerson,* 271 U.S. 50, 54–55; *Liberty Warehouse Co.* v. *Burley Tobacco Growers Assn.,* 276 U.S. 71, 88. The petition for writ of certiorari is denied. *Mr. Charles Lorin Clark* for appellants. *Mr. U. S. Webb* for appellee.